

# THE THIRTEENTH COURT OF APPEALS

---

## 13-22-00374-CV

---

Renaissance Medical Foundation
v.
Rebecca Lugo, individually and as next friend of XXXXX XXXXX, a minor

---

On Appeal from the
139th District Court of Hidalgo County, Texas
Trial Court Cause No. C-2171-19-C

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appellant's petition for permissive interlocutory appeal, concludes that appellant has not shown its entitlement to permissive interlocutory appeal. Accordingly, the petition for permissive interlocutory appeal is DENIED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

September 22, 2022